R. Wardell Loveland, Esq. – SBN 127736
Sungjee Lee, Esq. – SBN 246860
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Telephone: (650) 592-5400
Facsimile: (650) 592-5027

**ATTORNEYS FOR** Defendant Western United Insurance Company dba AAA Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BAKER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AAA INSURANCE, a corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.   CV10 4722 SBA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DATES SET IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>**[PURSUANT TO CIVIL L.R. 6-2 AND 7.12]** |

IT IS HEREBY STIPULATED, by and between plaintiff CHRISTOPHER BAKER, and defendant Western United Insurance Company dba AAA Insurance Company (hereinafter collectively referred to as "Western United"), through their respective attorneys of record, that all dates set in the Order Setting Initial Case Management Conference and ADR Deadlines be continued for a period of one week as follows:

    1/13/2011    Last day to (1) meet and confer re: initial disclosures, early settlement, ADR process, selection, and discovery plan; (2) file ADR Certification signed by Parties and Counsel; and (3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference

///

///

CODDINGTON, HICKS & DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

1

STIPULATION AND [PROPOSED] ORDER
Case No: CV10 4722 SBA

| | | |
|---|---|---|
| 1/27/2011 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement | |
| 2/3/2011 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 1, 4th Floor at 3:00 PM | |

**SO STIPULATED.**

Dated:  January 6, 2011                                    LAW OFFICE OF PATRICIA A. GRAY

                                                                           /s/
                                                           By:_____
                                                                Patricia A. Gray
                                                                Attorneys for Plaintiff
                                                                Christopher Baker

Dated:  January 6, 2011                                    CODDINGTON, HICKS & DANFORTH

                                                                           /s/
                                                           By:_____
                                                                Sungjee Lee
                                                                Attorneys for Defendant
                                                                Western United Insurance Company dba AAA
                                                                Insurance Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED BELOW:**

The Case Management Conference now scheduled for **February 3, 2011 at 3:00 p.m.** shall take place **by telephone**. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference.  The statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

DATED:  1-19-11                                            *Saundra B. Armstrong*
                                                           Honorable Saundra Brown Armstrong
                                                           United States District Judge

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA  94065
(650) 592-5400

2

STIPULATION AND [PROPOSED] ORDER
Case No:  CV10 4722 SBA